UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE EX PARTE APPLICATION OF KARIN INGRID REZA FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 24-mc-442 |

## ORDER

The Court, having reviewed the Ex Parte Application Of Karin Ingrid Reza For An Order To Take Discovery Pursuant To 28 U.S.C. § 1782 (the "Application"), Dkt. 1, the Memorandum of Law of Applicant Karin Ingrid Reza ("Applicant"), Dkt. 3, the Declaration of Jonathan Lee Borsuk, Dkt. 4, the Declaration of David Wallace Wilson, Dkt. 5, and the Exhibits thereto,

IT IS HEREBY ORDERED THAT:

1. Applicant's Application for an order to take discovery from: (i) JP Morgan Chase & Co.; (ii) J.P. Morgan Chase N.A.; (iii) J.P. Morgan Securities LLC; (iv) Prosiris GP LLC; (v) Prosiris Capital Management LP; and (vi) Reza Ali (collectively "Respondents"); is GRANTED without prejudice to any objection that Respondents may raise.
2. Applicant is ordered to serve a copy of this Order on Respondents.
3. Applicant is authorized, pursuant to 28 U.S.C. § 1782, to issue and serve the subpoenas substantially in the forms attached to the Declaration of Jonathan Lee Borsuk, submitted in support of the Application, at Exhibits A through F.

The Court shall retain jurisdiction over this matter for the purpose of enforcing this Order and assessing any supplemental request for discovery assistance.

The Clerk of Court is respectfully directed to terminate Dkt. 1.

Dated: October 3, 2024
New York, New York

ARUN SUBRAMANIAN
United States District Judge