UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In The Matter of The Ex Parte Application of Karin Ingrid Reza For An Order To Take Discovery Pursuant to 28 U.S.C. § 1782 | 24-MC-442 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      For the reasons stated at the conference held on February 13, 2025, respondents must produce the relevant documents (addressed at the conference) by **February 21, 2025**. During the week of February 18, 2025, the parties should meet and confer in good faith to determine whether they can reach agreement on other reasonable follow-up discovery that may be required, and how to resolve the parties' dispute to avoid litigation in multiple countries.

      If necessary, the Court will hold another conference on **March 6, 2025 at 11:00 AM**. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **740 500 853**, followed by the pound (#) sign.

      SO ORDERED.

Dated: February 13, 2025
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge