UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In The Matter of The Ex Parte Application of Karin Ingrid Reza For An Order To Take Discovery Pursuant to 28 U.S.C. § 1782

24-MC-442 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The conference scheduled for March 6, 2025 will now be held on **March 13, 2025 at 1:00 PM** using the same dial-in information.

SO ORDERED.

Dated: March 6, 2025
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge